## Stinnett, et al. v. Woods, et al.

(Decided May 17, 1912.)

### Appeal from Webster Circuit Court.

BOURLAND & HUNT for appellants.

C. W. BENNETT, BAKER & BAKER for appellees.

OPINION OF THE COURT BY JUDGE WINN—Reversing.

Decided upon the authority of Brooks, et al. v. Johnson, et al. ante.

This case is identical with that of Ed Brooks, etc. v. Calvin Johnson, etc., this day decided. For the reasons stated in the opinion in that case the judgment of the trial court herein is reversed.